468 A.2d 858

Lomax v. Kaplan Trucking Co., et al.

Appeal of Kaplan Trucking Company, Debts Company, Inc. and James B. Murphy.

Argued February 10, 1983. Robert Perna Corbin, for appellants; Thomas Scott Brown, for appellee.

Before CAVANAUGH, BROSKY and CIRILLO, JJ.

The order of the lower court is affirmed.